424 A.2d 499

**Leonard NIESENBAUM, M. D. and Burton Mass, M. D., Appellants,**

v.

**BERNSTEIN, BERNSTEIN & HARRISON ESQUIRES**

**and**

**Marlene F. Lachman, Esquire**

**and**

**Samuel Picariello, Administrator of the Estate of Elizabeth Mary Picariello, Deceased.**

No. 504.

Supreme Court of Pennsylvania.

Argued Oct. 23, 1980.

Decided Jan. 27, 1981.

Jay I. Bomze, Bala Cynwyd, Norman P. Zarwin, Elkins Park, for appellants.

David Smith and Dennis R. Suplee, Philadelphia, for appellee.

Before O'BRIEN, C. J., and ROBERTS, NIX, LARSEN, FLAHERTY and KAUFFMAN, JJ.

ORDER

PER CURIAM:

Appeal dismissed as having been improvidently granted, 258 Pa.Super. 651, 391 A.2d 710.